| STATE OF LOUISIANA | * | NO. 2019-KA-0709 |
| VERSUS | * | COURT OF APPEAL |
| JULIO RUANO | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**DYSART, J., RESPECTFULLY DISSENTS FOR REASONS SET FORTH BY JUDGE JENKINS**